## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| NTSF SEAFOODS JOINT STOCK COMPANY and VINH QUANG FISHERIES CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> CATFISH FARMERS OF AMERICA ET AL., <br><br> Defendant-Intervenors. | Court No. 19-00063 <br><br> Before: Honorable Jennifer Choe-Groves, Judge |

### PLAINTIFFS' COMMENTS ON FINAL RESULTS OF REMAND REDETERMINATION

Plaintiffs NTSF Seafoods Joint Stock Company and Vinh Quang Fisheries Corporation (collectively "Plaintiffs") submit these comments in response to the remand results filed by the Department of Commerce ("Commerce").  See Final Results Of Redetermination Pursuant To Court Remand, NTSF Seafoods Joint Stock Company and Vinh Quang Fisheries Corporation v. United States, Court No. 19-00063, Slip Op. 20-180 (CIT December 21, 2020), ECF No. 78 ("Remand Results").  Plaintiffs agree that the Remand Results comply with the Court's remand order in NTSF Seafoods Joint Stock Company and Vinh Quang Fisheries Corporation v. United States, Court No. 19-00063, Slip Op. 20-180 (CIT December 21, 2020).  Accordingly, Plaintiffs respectfully request that the Court sustain Commerce's Remand Results and enter a final judgment in this action.

Respectfully submitted,

/s/ Jonathan M. Freed

Robert G. Gosselink
Jonathan M. Freed
Kenneth N. Hammer
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C.  20003
(202) 223-3760

Counsel to Plaintiffs NTSF Seafoods Joint Stock Company and Vinh Quang Fisheries Corporation

Dated:  May 11, 2021

## CERTIFICATE OF COMPLIANCE

The undersigned counsel at Trade Pacific PLLC hereby certifies that the Comments on the Final Results of Remand Redetermination dated May 11, 2021, complies with the word-count limitation described in the Standard Chambers Procedures.  The comment contains 175 words according to the word-count function of the word-processing software used to prepare the comment.

                                  Respectfully submitted,

                                  /s/ Jonathan M. Freed
                                  Jonathan M. Freed
                                  **TRADE PACIFIC PLLC**
                                  700 Pennsylvania Avenue, SE, Suite 500
                                  Washington, D.C.  20003
                                  (202) 223-3760

Dated:  May 11, 2021